No. 831. Specht v. Patterson, Warden, et al. (Certiorari granted, *ante,* p. 968.) C. A. 10th Cir. Motion of petitioner for appointment of counsel granted. It is ordered that *Michael A. Williams, Esquire,* of Denver, Colorado, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 136. Swann et al. v. Adams, Secretary of State of Florida, et al. Appeal from D. C. S. D. Fla. (*Ante,* p. 440.) Appellants' petition for stay denied. It is ordered that the judgment in this case issue forthwith. *D. P. S. Paul, P. D. Thomson, Neal Rutledge* and *Richard F. Wolfson* for Swann, and *Thomas C. Britton* and *Stuart Simon* for Supervisor of Elections of Dade County, appellants, on the petition for stay. *Earl Faircloth,* Attorney General of Florida, and *Edward D. Cowart,* Assistant Attorney General, for appellees Adams et al., in opposition to the petition.

No. 181. Grosso v. United States. C. A. 3d Cir. (Certiorari granted, *ante,* p. 810.) Motion to remove case from summary calendar denied. *Charles Alan Wright* on the motion.

No. 689, Misc. Coffee v. Florida. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

No. 779, Misc. Reyes v. Wainwright, Corrections Director. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.